Christopher J. DE MANGIN, Appellant,

v.

The STATE of Texas, Appellee.

No. 0298–87.

Court of Criminal Appeals of Texas, En Banc.

March 21, 1990.

On appellant's petition for discretionary review: judgment of the Court of Appeals affirmed.

CLINTON, J., dissents with note.

TEAGUE, J., dissents.